UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIC RODNEY HILL, *Plaintiff*, v. DISTRICT OF COLUMBIA, *et al.*, *Defendants*. | Civil Action No. 1:23-cv-00940-RC |

**NOTICE OF AUTHORITY**

Defendants District of Columbia (the District) and the District of Columbia Department of Corrections (DOC) submit this Notice of Authority to apprise this Court of two recent decisions relevant to Plaintiff Eric Rodney Hill's anticipated request for leave to proceed in forma pauperis on appeal. *See* Order (D.C. Cir. May 30, 2024) (directing Plaintiff to "file a motion in district court" by July 1, 2024 to avoid paying the filing fee) (Exhibit A).

In *Eric Rodney Hill v. New York et al.*, Civil Action No. 24-CV-371, 2024 WL 1658913 (S.D.N.Y. Apr. 15, 2024) (Exhibit B), Judge Laura Taylor Swain found that Plaintiff had "accrued three 'strikes' for purposes of Section 1915(g) before bringing this action" and therefore was "barred . . . from proceeding IFP." *Id*. at *1-2 (citing 28 U.S.C. § 1915(g)); *see* 28 U.S.C. § 1915(g) (after three strikes "[i]n no event shall a prisoner bring a civil action or appeal a judgment in a civil action"). The court noted that Plaintiff's response to the court's show-cause order lacked "any argument why the Court should not find that [Plaintiff] had brought three or more IFP actions while he was a prisoner, which were dismissed as frivolous, malicious, or for failure to state a claim." *Id*. at *1. Finding that Plaintiff had also failed to satisfy the "imminent

danger" exception, 28 U.S.C. § 1915(g), the court dismissed the complaint without prejudice. *Id*. at *2.

Similarly, in *Eric Rodney Hill v. West Virginia et al.*, Civil Action No. 24-CV-9 (N.D.W.V. Mar. 15, 2024) (Exhibit C), Judge John Preston Bailey found that "previous cases filed by [Plaintiff] qualify as 'strikes' under the provisions of the three-strikes rule" and therefore Plaintiff was "prohibited from proceeding *in forma pauperis*." *Id*. at 3. Finding that "nothing in [Plaintiff's] complaint . . . suggests an imminent danger of serious physical injury," the court dismissed the complaint without prejudice. *Id*. at 3.

Date:  June 14, 2024                           Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Deputy Attorney General
Civil Litigation Division

*/s/ Alicia M. Cullen*
ALICIA M. CULLEN [1015227]
Chief, Civil Litigation Division, Section III

*/s/ Andrew B. Latham*
ANDREW B. LATHAM [90000707]
Assistant Attorney General
Civil Litigation Division
400 6th Street NW
Washington, D.C. 200001
Phone:  (202) 442-9795
Fax:  (202) 741-0574
Email:  andrew.latham@dc.gov
*Counsel for Defendants District of Columbia and District of Columbia Department of Corrections*

## CERTIFICATE OF SERVICE

      I certify that on June 14, 2024, I asked a staff assistant from my office to mail a copy of the foregoing notice via first-class mail, postage pre-paid, to:

Eric Rodney Hill
FCI Otisville
P.O. Box 1000
Otisville, New York 10963

                                            */s/ Andrew B. Latham*
                                            ANDREW B. LATHAM
                                            Assistant Attorney General